JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MELANIE DELAPAZ,

Plaintiff,

v.

AURA V. MENDEZ, et al.,

Defendants.

No. 2:26-cv-04758-JAK (DSRx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (DKT. 19)**

**JS-6: CASE TERMINATED**

Based on a review of the Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The above action is dismissed with prejudice in its entirety with each side to bear its own costs and attorney's fees. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: July 17, 2026

John A. Kronstadt
United States District Judge